USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| MARLIN, | : |
| | : |
| Plaintiffs, | : |
| | :  18-cv-5573 |
| -against- | : |
| | :  **ORDER** |
| CITY OF NEW YORK et al, | : |
| | : |
| Defendant. | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:** June 3, 2020

  New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**