USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
DENISE MARLIN, :
:
                      **Plaintiff,** :
:
      -against- :
:
THE CITY OF NEW YORK et al, :    1:18-cv-5573 (ALC)
:
               **Defendants.** :    **ORDER**
:
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    On September 4, 2020, Defendants filed a letter motion requesting a pre-motion conference on an anticipated motion to enforce a settlement agreement allegedly reached by the parties. (ECF No. 29). Plaintiff responded on September 7, 2020. (ECF No. 30). Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

    Defendant's Motion:                                  October 19, 2020

    Plaintiff's Opposition:                               November 16, 2020

    Defendant's Reply, if any:                       November 30, 2020

**SO ORDERED.**

Dated:  September 21, 2020
          New York, New York                               **ANDREW L. CARTER, JR.**
                                                                          **United States District Judge**