USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 11, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DENISE MARLIN,**<br><br>                              **Plaintiff,**<br><br>           -against-<br><br>**CITY OF NEW YORK ET AL,**<br><br>                              **Defendant.** | **18-cv-5573 (ALC)(OTW)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff has advised Defendants that she agrees to the settlement terms previously entered into by the parties. ECF No. 39. Accordingly, the Court denies Defendants' motion to enforce the settlement as moot. ECF No. 37.

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    February 11, 2021
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**